IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAVAIR DHONEYELLE GLADDEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:17CV118 |
| v. | ) | 1:15CR249-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 15, 2017 was served on the parties in this action. (ECF Nos. 24, 25.) Petitioner objected to the Recommendation. (ECF No. 26.)

The court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's motion to vacate, set aside or correct sentence (ECF No. 23) be DENIED, and that this action is dismissed with prejudice. A judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting

the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This, the 27th day of March, 2017.

/s/ Loretta C. Biggs
United States District Judge